### Petition for reinstatement from inactive status.

### No. 110 DB 2001.

Supreme Court of Pennsylvania.

Feb. 28, 2002.

### *ORDER*

PER CURIAM.

AND NOW, this **28th** day of **February,** 2002, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated January 28, 2002, are approved and IT IS ORDERED that STEVEN ERNEST KELLIS, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

■

### In the Matter of Thomas R. HENDERSHOT.

### No. 716 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Feb. 28, 2002.

### *ORDER*

PER CURIAM.

AND NOW, this 28th day of February, 2002, Thomas R. Hendershot having been indefinitely suspended from the practice of law in the State of Maryland by Order of the Court of Appeals of Maryland dated October 12, 2000; the said Thomas R. Hendershot having been directed on December 28, 2001, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Thomas R. Hendershot is suspended from the practice of law in this Commonwealth consistent with the Order of the Court of Appeals of Maryland dated October 12, 2000, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.